

LEWIS BRISBOIS BISGAARD & SMITH LLP

Malinda Miller
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Malinda.Miller@lewisbrisbois.com
Direct: 973.856.8014

July 18, 2023

File No. 50127.380

**<u>Via ECF</u>**
Clerk of Court
The Hon. Kevin McNulty, U.S.D.J.
U. S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
 Newark, NJ 07101

**\*\*\* ORDER \*\*\***

Re:     **<u>Maglioli, et al v. Andover Subacute I, et al.</u>**
         Docket No.: 2:21-cv-02114-KM-JBC

Dear Sir or Madam:

This office represents Defendants, Alliance HC Holdings, LLC d/b/a Andover Subacute & Rehabilitation I; Alliance HC II LLC d/b/a Andover Subacute & Rehabilitation II (Alliance Healthcare being improperly pleaded by name and as a separate entity); Chaim "Mutty" Scheinbaum and Louis Schwartz in the above referenced matter. Please allow this correspondence to serve as a joint status update per the Court's June 27, 2023 Order.

As the Court is aware, this matter was opened as a Second Notice of Removal while the companion docket was pending in the United States Court of Appeals for the Third Circuit. The initial District Court Case Number was 2-20-cv-6605. Please be advised that this matter was heard by the Third Circuit under Case Number 20-2833, and was remanded to The Superior of New Jersey on or about February 15, 2022. The matter has since been proceeding in that jurisdiction. As such this matter can be closed. Please be advised that we have conferred with opposing counsel prior to filing this letter.

We thank the Court for its time and attention to this matter.  Should you have any questions or concerns, do not hesitate to contact my office.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

126691393.1

Page 2

Respectfully Submitted,

*/s/ Malinda Miller*

Malinda Miller of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

MM:SCM

cc:    Daniel G.P. Marchese, Esq. (via email and eCourts)
       Neil R. Lapinski, Esq.(via email)
       William Kelleher, Esq. (via email)
       Phillip Giordano, Esq. (via email)

**Administratively terminating case.**

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 7/19/2023**